WYNNE *et al. v.* WILLIAMSON, ordinary.

Under the act of December 22d, 1892 (Acts of 1892, p. 106), amending the general local option liquor law, no election upon prohibition or non-prohibition can be held in any county in less than four years from the time when the last election on that question was held in that county, notwithstanding the same may have been held before the passage of the amending act. The amending act is applicable to all elections held after its passage, in so far as the interval of time necessary to have elapsed since the last prior election is concerned, whether that election took place before or after the original act was changed by the amending act.

June 11, 1894.                                             *Judgment affirmed.*

Petition for *mandamus.* Before Judge SMITH. Dodge county. April 30, 1894.

On April 5, 1892, an election was held in Dodge county under the act of September 18, 1885, known as the general local option liquor law, which resulted " for the sale." On April 6, 1894, a petition signed by more than one tenth of the qualified voters of the county, was filed with the ordinary, for the calling of another election under the same law. The ordinary refused to order the second election, holding that he was without authority to do so, by reason of the act of December 22, 1892, which amends the local option law by making four in-

stead of two years the time following an election, within which no further election shall be held. On petition for *mandamus*, this decision was sustained, and plaintiffs excepted.

DeLacy & Bishop and Peacock, for plaintiffs.

E. B. Milner and E. Herrman, for defendant.